FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG  9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 22-1322 JCH |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) |
| | ) | and 924: Felon in Possession of a |
| ADAM ROBERT MANN, | ) | Firearm and Ammunition. |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 31, 2022, in Bernalillo County, in the District of New Mexico, the

defendant, **ADAM ROBERT MANN**, knowing that he had been convicted of at least one crime

punishable by imprisonment for a term exceeding one year, specifically:

    (1)     possession with intent to distribute 5 grams and more of cocaine, and

    (2)     trafficking in a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

Count 2

On or about June 4, 2022, in Bernalillo County, in the District of New Mexico, the

defendant, **ADAM ROBERT MANN**, knowing that he had been convicted of at least one crime

punishable by imprisonment for a term exceeding one year, specifically:

    (3)     possession with intent to distribute 5 grams and more of cocaine, and

    (4)     trafficking in a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g), the defendant,

**ADAM ROBERT MANN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense,

including, but not limited to:

a. a Glock model 42 .380 caliber pistol, serial number ACWX683;

b. a Beretta model 96A1 .40 caliber pistol, serial number A69157M;

c. approximately 5 Winchester .380 auto cartridges;

d. approximately 8 .40 S&W cartridges; and

e. approximately 1 Federal-brand .40 S&W cartridge.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

2