FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             No. 22-CR-1322-JCH

ADAM ROBERT MANN,

        Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MR. MANN AND APPOINTING NEW COUNSEL

This matter having come before the Court on a motion to withdraw as counsel filed by Defendant's court-appointed attorney, Emily P. Carey. (Doc. 29). There being good cause shown by the moving party, and the government having taken no position on the motion, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that Assistant Federal Public Defender Emily P. Carey is permitted to withdraw as counsel in this matter.

IT IS FURTHER ORDRED that new counsel be appointed to represent Mr. Mann.

_____
UNITED STATES MAGISTRATE JUDGE